

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Pamela Holbrook,                        * From the 70th District
                                          Court of Ector County,
                                          Trial Court No. A-126,846.

Vs. No. 11-13-00183-CV                  * July 30, 2015

Everette Booker,                        * Memorandum Opinion by Wright, C.J.
                                          (Panel consists of: Wright, C.J.,
                                          Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The cost incurred by reason of this appeal are taxed against Pamela Holbrook.